ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    Andrew.Dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 18-170 HSG |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ~~[PROPOSED]~~ ORDER REVOKING ORDER OF RELEASE AND DETAINING DENDANT |
| RAUDEL BARRIOS-MERCADO, | ) |
| Defendant. | ) |

The United States of America, through Andrew F. Dawson, Assistant United States Attorney, and the defendant, Raudel Barrios-Mercado, through his counsel, hereby stipulate that, for the reasons explained below, the defendant's Order of Release should be revoked, and the defendant should be ordered detained pending trial.

On April 24, 2018, a grand jury indicted Defendant Barrios for charges related to methamphetamine trafficking. *See* Docket No. 7. Under the Bail Reform Act, the charges carry a presumption that the defendant should be detained prior to trial. *See* 18 U.S.C. § 3142(e)(3)(A). On April 30, 2018, this Court held a detention hearing. At the hearing, the parties agreed that the defendant's release from pretrial detention was appropriate in light of a bond in the amount of $250,000,

1    secured by the defendant's home.

2       When Defendant Barrios was subsequently released from pretrial detention, he was taken into

3    custody by the Department of Homeland Security for a pending immigration matter. The government is

4    informed that Defendant Barrios initially sought release from immigration custody, but he ultimately

5    waived all forms of relief and requested an order of removal rather than seek release. The government is

6    further informed that defense counsel, which was representing Defendant Barrios in the immigration

7    proceedings as well, anticipated that Defendant Barrios would be transferred back to Marshal custody

8    prior to execution of any deportation order.

9       The parties have been informed that, in order for Defendant Barrios to be transferred back to

10    Marshal custody and not be deported at this time, the Department of Homeland Security requires a Court

11    order reflecting that Defendant Barrios will be detained prior to trial. The parties hereby stipulate and

12    agree that, in light of potential deportation and the presumption of detention applicable to Defendant

13    Barrios's case, this Court should revoke its release order and order that the defendant be detained prior

14    to trial.

15                                 Respectfully submitted,

16                                 ALEX G. TSE
                                  Acting United States Attorney

17

18    Dated: May 31, 2018                  ____/s/_____

19                                 ANDREW F. DAWSON
                                Assistant United States Attorney

20

21    Dated: May 31, 2018                  ____/s/_____

22                                 EMILIO PARKER
                                Attorney for RAUDEL BARRIOS-MERCADO

23

24

25

26

27

28

# [~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that good cause exists to revoke its previous order of release as to Defendant Barrios.  Pursuant to the Bail Reform Act, and in light of the presumption of detention under 18 U.S.C. § 3142(e)(3)(A) and the agreement of the parties that pretrial detention is appropriate in the circumstances, it is hereby ORDERED that the defendant be returned to the custody of the United States Marshals.  The previously entered bond is hereby exonerated.

DATED:  6/1/18

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge